AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| JOUREY NEWELL, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-03961 |
| HOFFENMER, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hoffenmer, Inc.

Date: 05/01/2025

*Attorney's signature*

Aaron S. Weiss (Florida Bar # 48813)
*Printed name and bar number*
Carlton Fields, P.A.
700 N.W. 1st Ave, Ste. 1200
Miami, Florida 33136

*Address*

aweiss@carltonfields.com
*E-mail address*

(305) 530-0050
*Telephone number*

(305) 530-0055
*FAX number*