UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Case No. 1:25-cv-03961

JOUREY NEWELL,

    *Plaintiff,*

vs.

HOFFENMER INC.,

    *Defendant.*

_____/

**DEFENDANT HOFFENMER'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Hoffenmer Inc. ("Hoffenmer"), pursuant to Fed. R. Civ. P. 6(b), requests entry of an unopposed order granting it a 30-day extension, through and including June 4, 2025, to respond to Plaintiff's Complaint [ECF No. 1], and states:

    1.    This matter is a class action seeking damages for alleged violations of the Telephone Consumer Protection Act ("TCPA"). Plaintiff filed the initial complaint ("Complaint") on April 11, 2025, [ECF No. 1], and Hoffenmer was served on April 14, 2025. [ECF No. 5]. Consequently, Hoffenmer's deadline to answer the Complaint is May 5, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

    2.    The initial status hearing is scheduled for June 11, 2025. [ECF No. 4].

    3.    Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court, for good cause, to extend the time period to act before the original time period has expired.

    4.    Since served, Hoffenmer has worked diligently to retain counsel. Undersigned counsel was only recently retained and just noticed its appearance for Hoffenmer.

5. Accordingly, Hoffenmer requests additional time, up to and including June 4, 2025, to allow counsel to further investigate the facts underlying this matter and obtain a more complete factual background in order to accurately respond to the allegations set forth in the Complaint.

6. This additional time will fall before the initial status conference, so the extension will not affect the parties' ability to inform the court on June 11, 2025.

7. This is Hoffenmer's first request for an extension of time.

8. Plaintiff's counsel agreed to the extension and the new date requested herein on April 30, 2025. Accordingly, this motion is unopposed.

## CONCLUSION

For these reasons, Hoffenmer requests that the Court issue an order granting it an extension, through June 4, 2025, to respond to the Complaint.

Dated: May 1, 2025

By: _____

Aaron S. Weiss
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Avenue, Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

David A. Shapiro
Dshapiro@mckenna-law.com
Mckenna Storer
33 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
Telephone: 312-558-3900

*Attorneys for Defendant Hoffenmer, Inc.*

139582340.2