**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jourey Newell
                              Plaintiff,

v.                                                          Case No.: 1:25−cv−03961
                                                            Honorable Joan H. Lefkow

Hoffenmer Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2025:

    MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time to answer [8] is granted. Defendant shall answer or otherwise plead to the complaint by 6/4/2025. The status hearing set for 6/11/2025 is stricken and reset to 6/25/2025 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.