## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HOFFENMER INC.**<br><br>*Defendant.* | Case No. 25-cv-03961<br><br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and fees.

Dated: August 22, 2025

| PLAINTIFF | DEFENDANT |
|---|---|
| By: */s/ Anthony I. Paronich* | By: */s/ Aaron S. Weiss* |
| Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>anthony@paronichlaw.com | Aaron S. Weiss (FBN 48813)<br>Carlton Fields, P.A.<br>700 N.W. 1st Ave., Ste. 1200<br>Miami, Florida 33136<br>Telephone: (305) 530-0050<br>aweiss@carltonfields.com |